IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JIMMY A. BALL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0282

Opinion filed March 20, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Jimmy A. Ball, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED. See Fla. R. App. P. 9.141(c)(5)(A).

LEWIS, C.J., MARSTILLER and OSTERHAUS, JJ., CONCUR.